IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL PENNEBAKER                                                                PETITIONER
ADC # 124064

vs.                                    Case No. 5:06-CV-196-HLJ

LARRY NORRIS, Director
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 5th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE